**SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - GENERAL**

| Case No. | SACV 05-1028 ODW(MLGx) | Date | October 29, 2008 |
|---|---|---|---|
| Title | Law Offices of L. Robert Vermes v. Oriska Insurance Company, et al. | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**   Order to Show Cause Why Case Should Not Be Dismissed for Lack of Prosecution

On July 2, 2008 the Court issued an Order Show Cause [33] why sanctions should not issue for continued failure to timely file the required joint status report ordered filed every 90 days in Judge Selna's April 6, 2007 order [27]. The parties replied with a joint status report which stated, in part, that a further joint status report would be filed by August 25, 2008. Again, no further action has been taken by the parties more than 60 days after a filing was due.

The parties are herby ordered to show cause in writing on or before **November 10, 2008**, why this case should not be dismissed for lack of prosecution.

IT IS SO ORDERED.

|  | : | 00 |
|---|---|---|
| Initials of Preparer | RGN | |